RICHARD E. QUINTILONE II (SBN# 200995)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD, SUITE 100
TELEPHONE: (949) 458-9675
FACSIMILE: (949)458-9679
EMAIL REQ@QUINTLAW.COM

Attorneys for Plaintiff, STEPHEN THISTLEWAITE

ELIZABETH A. BROWN (SB# 235429)
JENNIFER SVANFELDT (SB# 233248)
AMANDA M. OSOWSKI (SB# 317843)
lisabrown@gbgllp.com
jensvanfeldt@gbgllp.com
amandaosowski@gbgllp.com
GBG LLP
633 West 5th Street, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 358-2810
Facsimile: (213) 995-6382

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN THISTLEWAITE, and WILLIAM FECHER, JR., individually, and on behalf of a Class of all other persons similarly situated<br><br>   Plaintiffs,<br><br>   vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 8:22-cv-01753-PSG-(AFMx)<br><br>**JOINT STIPULATION TO DISMISS CASE**<br><br>Judge:   Hon. Philip S. Gutierrez<br>Courtroom: 6A (First Street Courthouse) |

Plaintiff Stephen Thistlewaite ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively, the "Parties") stipulate as follows:

1. On **July 19, 2022**, Plaintiff filed this action in the Superior Court of California for the County of Orange, alleging claims under the California Labor Code, Cal. Code of Regulations, IWC Wage Orders and California Business & Professions Code on behalf of himself and a proposed class of employees.

2. On **September 23, 2022**, Defendant removed this matter to this Court. (Dkt. No. 1.)

3. On **September 30, 2022,** Plaintiff filed a First Amended Complaint adding William Fecher, Jr. as a Plaintiff.

4. On **December 7, 2022**, the Court granted Defendant's Motion to Compel Arbitration of Plaintiff William Fecher, Jr.'s individual claims and dismissed all remaining claims brought by Plaintiff William Fecher, Jr. (Dkt. 24).

5. On **October 10, 2023**, this Court granted Defendant's Motion to Strike Class Allegations (Dkt. No. 43.)  Accordingly, no class is certified in this action, and this action is no longer a proposed class action.

6. On **September 25, 2023**, the Parties attended a mediation and reached an agreement to resolve this matter on an individual basis.

7. On **October 4, 2023**, the Parties fully executed their Settlement Agreement, resolving this action in its entirety.

8. Plaintiff Stephen Thistlewaite and Defendant United Parcel Service, Inc. are the only Parties to this action.

9. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' settlement agreement, Plaintiff dismisses this action in its entirety, with the Court retaining jurisdiction for the sole purpose of enforcing the Parties' Settlement Agreement.  Plaintiff dismisses all claims and causes of action as to the sole named Defendant, brought individually on Plaintiff's own behalf, WITH PREJUDICE.  No other claims remain as the Court granted Defendant's Motion to Strike Class

Allegations on October 10, 2023.

10. Plaintiff and Defendant agree to bear their own respective costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: October 14, 2023       QUINTILONE & ASSOCIATES

BY: _____
RICHARD E. QUINTILONE II

Attorneys for Plaintiff
STEPHEN THISTLEWAITE

DATED: October 17, 2023       GBG LLP

BY:  /s/ Elizabeth A. Brown
ELIZABETH A. BROWN

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

IT IS SO ORDERED

Dated   October 18, 2023

_____
United States District Judge